164 A.3d 1056

IN THE MATTER OF NICHOLAS R. DORIA, AN ATTORNEY
AT LAW (ATTORNEY NO. 022661977)

July 13, 2017

ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–084 of **NICHOLAS R. DORIA** of **HACKENSACK,** who was admitted to the bar of this State in 1977;

And the District XI Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(a)(unreasonable fee);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(a), and that said conduct warrants a reprimand or such lesser discipline as the Board deems appropriate;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XI–2015–0010E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NICHOLAS R. DORIA** of **HACKEN-SACK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.